RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Steven Lavern Lawrence, Sr

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LAVERN LAWRENCE, SR,<br><br>Defendant. | Case No. **2:21-cr-00278-APG-VCF-1**<br><br>**STIPULATION TO CONTINUE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Steven Lavern Lawrence, Sr, that the Preliminary Hearing currently scheduled on January 18, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The Defendant has recently tested positive for Covid and needs to quarantine. In compliance with his pretrial release he does not have a computer with internet access to be able to attend the hearing virtually.

2. Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 14th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Jawara Griffin<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ Mina Chang<br>MINA CHANG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00278-APG-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| STEVEN LAVERN LAWRENCE, SR, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 18, 2022 at the hour of 4:00 p.m., be vacated and continued to February 17, 2022, at the hour of 1:30 p.m. in Courtroom 6C.

DATED this 18th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE