RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Steven Lavern Lawrence, Sr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00278-APG-VCF-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| STEVEN LAVERN LAWRENCE, SR., | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Steven Lavern Lawrence, Sr., that the Sentencing Hearing currently scheduled on May 24, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense Counsel needs additional time to gather necessary documents and prepare for the sentencing hearing.

　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　3.　　The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 14th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ *Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ *Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN LAVERN LAWRENCE, SR.,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00278-APG-VCF-1<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, May 24, 2022 at 1:30 p.m., be vacated and continued to June 23, 2022 at the hour of 10:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

　　DATED this 19th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3