RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Steven Lavern Lawrence, Sr.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN LAVERN LAWRENCE, SR.,<br><br>    Defendant. | Case No. 2:21-cr-00278-APG-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Steven Lavern Lawrence, Sr., that the Sentencing Hearing currently scheduled on June 23, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than the week of June 27, 2022.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the district for a training.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1     This is the second request for a continuance of the sentencing hearing.

2     DATED this 9th day of June, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ *Mina Chang*<br>MINA CHANG<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00278-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| STEVEN LAVERN LAWRENCE, SR., | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, June 23, 2022 at 10:30 a.m., be vacated and continued to June 28, 2022 at the hour of 10:30 a.m. in Courtroom 6C.

DATED this 10th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE

3