# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>STEVEN LAVERN LAWRENCE, SR.,<br><br>      Defendant. | 2:21-CR-00278-APG-VCF<br><br>**<u>ORDER</u>** |

      Before the Court is Steven Lavern Lawrence, Sr.'s motion for dismissal letter. (ECF No. 22).

      The Federal Public Defender was appointed as counsel of record for Lawrence on February 16, 2022. (ECF No. 12).   Lawrence filed the instant motion on his own behalf.  (ECF No. 22).

      Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."  Defendant may not file motions on his own behalf.  *See* Local Rule IA 11-6(a).

      Accordingly,

      The Clerk of Court is directed to STRIKE Steven Lavern Lawrence, Sr.'s motion for dismissal letter. (ECF No. 22).from the docket.

      IT IS HEREBY ORDERED that defense counsel Jawara Griffin, Esq. is directed to provide a copy of this order to Lawrence.  If Lawrence desires to pursue court action, he must ask his attorney to bring a motion on his behalf.

      DATED this 19th day of December 2022.

                                                                             _____

                                                                             CAM FERENBACH<br>
                                                                             UNITED STATES MAGISTRATE JUDGE