# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>STEVEN LAVERN LAWRENCE, SR.,<br><br>    Defendant | Case No.: 2:21-cr-00278-APG-VCF<br><br>**Order Striking Motions**<br><br>[ECF Nos. 25, 26] |

Defendant Steven Lawrence, Sr. filed two motions on his own behalf even though he is represented by the Federal Public Defender. ECF Nos. 25, 26. As Magistrate Judge Ferenbach previously advised Lawrence, "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." ECF No. 24 (quoting Local Rule IA 11-6(a)).

I THEREFORE ORDER the clerk of court to STRIKE defendant Steven Lawrence's motions (ECF Nos. 25, 26).

I FURTHER ORDER that defense counsel Jawara Griffin, Esq. is directed to provide a copy of this order to Lawrence. If Lawrence wants to pursue these motions, he must ask his attorney to do so on his behalf.

DATED this 19th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE