# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN LAVERN LAWRENCE, SR.,

    Defendant.

2:21-CR-00278-APG-VCF

**ORDER**

    Before the Court is the *United States of America v. Steven Lavern Lawrence, Sr.*, case number 2:21-CR-00278-APG-VCF.

    IT IS HEREBY ORDERED that the Order entered on August 18, 2023, striking Steven Lavern Lawrence, Sr.'s motion to dismiss counsel from the docket (ECF No. 31), is VACATED.

    Judge Gordon's hearing on defendant's motion to dismiss counsel ECF No. 29, will still go forward on 9/7/2023 at 01:30 PM in LV Courtroom 6C.

    DATED this 21st day of August 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE