**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>STEVEN LAVERN LAWRENCE, SR.,<br><br>    Defendant | Case No.: 2:21-cr-00278-APG-VCF<br><br>**Order Setting Hearing**<br><br>[ECF No. 33] |

    I HEREBY ORDER that I will conduct a hearing on defendant Steven Lawrence, Sr.'s motion to modify conditions of supervision (ECF No. 33), along with his motion to dismiss counsel (ECF No. 29), on **Thursday, September 7, 2023 at 1:30 p.m.** in Las Vegas courtroom 6C.  The Government may file a response to the motion by September 5, 2023.

    DATED this 23rd day of August, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE